SRA FILE #847-8003
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

JILL A. AZZARELLO,

                                    Plaintiff,    **Docket No.:**

               -against-                          **RULE 7.1 DISCLOSURE**

CDL HOTELS USA, INC., CDL (NYL) LIMITED,
CDL (NEW YORK) L.L.C., CITY
DEVELOPMENTS LIMITED (CDL) and
MILLENIUM & COPTHORNE PLC.,

                                    Defendants.
-----------------------------------------------------------x

JUDGE CHIN

08 CV 2853



        Defendants, CDL HOTELS USA, INC. and CDL (NYL) LIMITED, by their

attorneys, STRONGIN ROTHMAN & ABRAMS, LLP, hereby certify pursuant to

F.R.C.P. 7.1 that neither CDL HOTELS USA, INC. nor CDL (NYL) LIMITED is a publicly

traded company in the United States of America.  There are no corporate parents of

CDL HOTELS USA, INC. or CDL (NYL) LIMITED and there are no affiliates and/or

subsidiaries of CDL HOTELS USA, INC. or CDL (NYL) LIMITED which are publicly held

in the United States of America.

Dated:    New York, New York
          March 18, 2008

                              Yours, etc.

                              STRONGIN ROTHMAN & ABRAMS, LLP

                              _____
                              MARC J. MONTE, ESQ. (MM 0463)
                              Attorneys for Defendants CDL HOTELS
                              USA, INC. and CDL (NYL) LIMITED
                              5 Hanover Square, 4th Floor
                              New York, NY 10004
                              (212) 931-8300

STATE OF NEW YORK  )
                              )SS.:
COUNTY OF NEW YORK  )

LYUDMILA TIMOSHENKO, being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years, and resides in Middlesex County, New Jersey. That on this 18th day of March, 2008 she served the within **Rule 7.1 Disclosure** upon:

Kevin M. Maley, Esq.
Quinn, McGarry, Caffery & Patricia, P.C.
1600 Statler Towers
Buffalo, NY 14202

by depositing a true copy of same securely enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Office within the State of New York, by Regular Mail.

_____
LYUDMILA TIMOSHENKO

Sworn to before me this
18th day of March, 2008

_____
NOTARY PUBLIC

HOWARD F. STRONGIN
Notary Public, State of New York
No. 02ST4758421
Qualified in NASSAU County
Commission Expires DECEMBER 31, 20/ 0