# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### 500 PEARL STREET NEW YORK, N.Y. 10007

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED: 3/26/08         │
└─────────────────────────────┘
```

**J. Michael McMahon**
**Clerk of the Court**

- - - - - - - - - - - - - - - - - - - - - - - - - - x

Jill A. Azzarello,

                    Plaintiff(s),                    08  Civ. 2853  (DC)

          - against -

CDL Hotels USA, Inc, et al.,

                    Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - x

        The above-captioned action has been assigned to Judge Denny Chin.

        Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

        This conference will be held on April 18, 2008 at 11:00 A.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

        Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

        **Please send a copy of this notice to your adversary,** and mail a copy of a transmittal letter to the undersigned.  All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:        New York, New York
              March 27, 2008

                                        Sincerely,

                                        David Tam
                                        Courtroom Deputy Clerk
                                        U.S.D.C. - S.D.N.Y.
                                        500 Pearl Street, Rm. 1020
                                        New York, New York  10007
                                        (212) 805-0096