AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      NEW YORK

### APPEARANCE

Case Number: 08 CV 2853

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANTS CDL HOTELS USA, INC., CDL (NYL) LIMITED and CDL (NEW YORK) L.L.C.

I certify that I am admitted to practice in this court.

| 4/10/2008 | _(signature)_ |
|---|---|
| Date | Signature |

HOWARD F. STRONGIN (HS-7851)
Print Name / Bar Number

5 HANOVER SQUARE, 4TH FLOOR
Address

| NEW YORK | NY | 10004 |
|---|---|---|
| City | State | Zip Code |

(212) 931-8300 / (212) 931-8319
Phone Number / Fax Number