AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__Southern__    DISTRICT OF    __New York__

## APPEARANCE

Case Number:  08CV2853

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CDL Hotels USA Inc.
CDL (NYL) Limited
CDL (New York) L.L.C.

I certify that I am admitted to practice in this court.

| 4/15/2008 | _[signature]_ |
|---|---|
| Date | Signature |

| Marc J. Monte | MM0463 |
|---|---|
| Print Name | Bar Number |

Strongin Rothman & Abrams, LLP 5 Hanover Square, 4th Flc
Address

| New York | NY | 10004 |
|---|---|---|
| City | State | Zip Code |

| (212) 931-8300 | (212) 931-8319 |
|---|---|
| Phone Number | Fax Number |